FILED

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

CV 08    1085

(PR)

1  LONNIE D. CHATMAN
2  PLEASANT VALLEY S/P
3  P80234
4  D-2-147-L
5  P.O. Box 8504
6  Coalinga, CA. 93210
7  February 10, 2008

9     UNITED STATES DISTRICT COURT
10    NORTHERN DISTRICT OF CALIFORNIA

12    I, LONNIE D. CHATMAN, a prisoner being
13 held against my will by the California
14 Department of correction Rehabilitation in
15 Coalinga, California at Pleasant Valley State
16 Prison. I comes before this Court and the
17 Inspector General office praying that
18 someone would please Review the in-
19 formation that is written in this letter
20 because the entire Sensitive need in-
21 mate Population has been put in danger
22 due to the decision render by prison official
23 to housed a G/P (General Population) in a
24 Cell with a very sensitive need. I relent-
25 lessly explained to Lieutenant Webster and
26 Sergeant Torres that I have not been under
27 the umbrella of the sensitive need
28 chrono since I rescended that offer

PAPER

on December 27, 2007 when I sent that cdc
114-22 exhibit to cct Torres. The Prison
has put inmate Jacob Marquez, P 84896
life in harm way as well as my self.
     Your Honorable, Governmental official
is being invented by not Lieutenant Archster
but all prison official by stating that
it useless to file any papers to the
courts because they want even hear any
thing you have to say. This type of
comment is common be many prison officers

Submitted,
Lonnie D. Chatman
LONNIE D. Chatman
P80734

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____

2. _____

Log No.

1. _____

2. _____

Category

_____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| CHATMAN | P80734 | N/A | D-2-147-L |

A. Describe Problem: I write this cdc 602 appeal form to the California Department of correction Rehabilitation, The Honorable Judge Thelton Henderson, Lieutenant Webster, Sergeant Forres at the California Department of Correction Rehabilitation that on February 7, 2008 I CRAWZED CHATMAN explained to prison official that was not under the embrella of a "sensitive Need Chrono" and that I am retaining my status

If you need more space, attach one additional sheet.

B. Action Requested: I am respectfully requesting that the California Department of correction Rehabilitation be held accountable for any and all damages that may or may not occur, due to their action.

Inmate/Parolee Signature: _____ Annie D. Chatman _____   Date Submitted: 2-10-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

us a M/P (General Population) Prisoner. Lieutenant Webster willingfull disregarded my constant demand for my safety by both prison officials and the inmate Population. I am constant fear of my life every second at each passing minute. I am not able to remain stable due to this decision by the Prison officials. I am respectfully requesting that this court Please intervene because of my constant cry for help. I feel as though my life has been taking away from me. This decision has put inmate Jacob Marquez P 85482 and my life in great danger alon with the entire Prison population.

Submitted,

Lonnie D. Chatman,
LONNIE D. CHATMAN,
P 80734,

because I have safety concern that has not been address.

Please do not consider moving me from ad-seg due to my safety concern. Please not only refer to the cdc 602 appeal form file for on or about august of 2005 or September at 2005 but make sure that I receive a copy(s) this document. There are only about four safe haven within the California Department of Correction Rehabilitation and I believe ad-seg is one of that hours but here is the problem with this so-called California Department of Correction Rehabilitation of my accuracy I must notify CSR Board, ICC committee, Board as well. I will notify not only those official but the following; Congressmen Jerry Lewis, Senator Dean Flores, Governor Arnold Schwarzenegger, The Honorable Judge Thelton Henderson, at the United States District Court, Northern District of California and the courts both in this county and San Bernardino county who are responsible for this action. I have always stated that I am a Prisoner being held against my will by the co-conspirator, California Department of Correction Rehabilitation and other Governmental officials. I want to remain in ad-seg until theses are resolve.

Submitted,
Lonnie D. Chatman,
Lonzo D. Chatman,
P80734.

## PROOF OF SERVICE BY MAIL

1

2

3        I, _LONNEE D. CHATMAN_ , declare;

4    I am at least 18 years of age, and a party / and not a party to the attached herein

5    cause of action. My mailing address is;

6
                PLEASANT VALLEY STATE PRISON
            FACILITY D, BUILDING _2_ , CELL _147-L_

7
                  POST OFFICE BOX 8504
                 COALINGA CALIFORNIA

8
                    93210-8504

9    On _Feburary 10_ ,20 _08_, I delivered to prison officials at Pleasant Valley

10   State Prison at the above address the following documents for mailing via the U.S.

11   Postal Service:

12   1._A letter and a cdc 602 appeal forms plus exhibits_

13   2._____

14   3._____

15   4._____

16

17   In a sealed envelope(s) with postage fully prepaid, addressed to:

18   1._STATE OF CALIFORNIA / INSPECTOL GENERAL OFFICE_

19   _P.O. Box 348780, Sacramento, CA 95834-8780_

20   2._UNITED STATES DISTRIC COURT / NOTHER DISTRIC_

21   _450 GOLDEN GATE AVENUE, San Francisco, CA 940_

22   3._____

23       _____

24   4._____

25       _____

26

27      I declare under penalty of perjury that the foregoing is true and correct.

28   Executed this _10_ day of _Feburary_ , 20 _08_, at Coalinga, California.

                                              _Lonnie D. Chatman_
                                         Petitioner / Declarant IN PRO PER

## PROOF OF SERVICE BY MAIL

1

2

3    I, _LONNIE D. CHATMAN_, declare;

4    I am at least 18 years of age, and a party / and not a party to the attached herein

5    cause of action. My mailing address is;

6               PLEASANT VALLEY STATE PRISON
                FACILITY D, BUILDING _2_, CELL _147L_
7                  POST OFFICE BOX 8504
                   COALINGA CALIFORNIA
8                      93210-8504

9    On _February 10_, 20_08_, I delivered to prison officials at Pleasant Valley

10   State Prison at the above address the following documents for mailing via the U.S.

11   Postal Service:

12   1. _a letter and a cdc 602 appeal form, plus exhibits_

13   2. _____

14   3. _____

15   4. _____

16

17   In a sealed envelope(s) with postage fully prepaid, addressed to:

18   1. _State of California Inspector General office_

19   _P.O. box 348780, Sacramento Ca. 95834-8780_

20   2. _United State District Court/ Northern District_

21   _450 Golden Gate Avenue, San Francisco, Ca. 94102_

22   3. _____

23   _____

24   4. _____

25   _____

26

27       I declare under penalty of perjury that the  foregoing is true and correct.

28   Executed this _10_ day of _February_, 20_08_, at Coalinga, California.

                                    _Lonnie D. Chatman_
                                    Petitioner / Declarant IN PRO PER

because they both are just about my attention, I am not yet sure where I wrote they "you just appear out of no where so you really are not aware of the issues that are plaguing this entire matter or why I am here in ad-seg or otherwise". number #1 let just say that this ICC meeting that took place at least three weeks ago are design prior to me attending this meeting. There are numerous of issues that decided before I am due even to attend such a meeting. 1-es you have a Chair Person who conduct or monitor what is going to be done and what not going to be done and due to what I am trying to accomplish we are not on the same page. now here is what I am suggesting; that sensitive need "Chrono" be <u>extended immediately</u>

STATE OF CALIFORNIA
GA-22 (9/92)                    **INMATE REQUEST FOR INTERVIEW**              DEPARTMENT OF CORRECTIONS

| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
|------|-----|---|----------------|---|------------|
| 12-27-07 | CCF - Jones | | C Watson | | P80734 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---------|-----------|-----------------|---|-----------|---|
| Ad-Seg-D-9 | 139-L | N/A | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|------------------------------------------|-----------------|---|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

CCF-Jones thank you for responding to both cdc
GA-22 dated 12-13-07. CCF-Jones, I am going to take
these cdc GA-22 as number #1 and number #2

| DO NOT write below this line. If more space is required, write on back. | |
|---|---|
| INTERVIEWED BY | DATE |

DISPOSITION

$ 00.58⁰
02 1A
0004344659     FEB 11 2008
MAILED FROM ZIP CODE 93210
UNITED STATES POSTAGE

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

RECEIVED

FFR 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLEASANT VALLEY STATE PRISON
P.O. BOX _8504_
COALINGA, CA. 93210

NAME: _CHATMAN_

NUMBER: _P 80734_

HOUSNG: _D-2-147-L_

LEGAL MAIL

STATE PRISON
GENERATED MAIL

ATTN: Clerk, MUNLEZING

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLD EN GATE AVENUE
San Francisco, CA 94102
94100/3955