1  LONNIE D. CHATMAN
2  PLEASANT VALLEY S/P
3  P 80734
4  D-2-147-L
5  P.O. Box 8504
6  Coalinga, CA. 93210
7  March 6, 2008


FILED
08 MAR 10 PM 1:54

9        UNITED STATES DISTRICT COURT
10       NORTHERN DISTRICT OF CALIFORNIA

12  IN re:                ) Case Number CV-08-1085-PR-MMC
13  LONNIE D. CHATMAN,    )
                          ) REQUEST FOR APPOINTMENT
            Plaintiff,    ) OF COUNSEL AND DECLARATION
14                        ) OF INDIGENCY
15  WARDEN, JAMES YATES,  )
            Defendant.    )
16  _____)

17  I, LONNIE D. CHATMAN, declare that I am the Petitioner
18  to the above-entitled matter, that I am incarcerated at
19  PLEASANT VALLEY State Prison, and that I am indigent
20  and unable to afford counsel. My total assets are -0-
21  and my income is -0- per month.
22      I hereby request that Counsel be appointed in this
23  matter so that my interests maybe protected by the Pro-
24  fessional assistance required.
25      I declare under penalty of perjury that the
26  foregoing is true and correct and that this De-
27  claration was executed on March 6, 2008 at,
28  Pleasant Valley State Prison in Coalinga, California
    93210.

PRINTED ON RECYCLED PAPER

## PROOF OF SERVICE BY MAIL

I, _LONNIE D. CHATMAN_, declare;

I am at least 18 years of age, and a party / and not a party to the attached herein cause of action. My mailing address is;

PLEASANT VALLEY STATE PRISON
FACILITY D, BUILDING _2_, CELL _147-2_
POST OFFICE BOX 8504
COALINGA CALIFORNIA
93210-8504

On _March 6_, 20_08_, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the U.S. Postal Service:

1. _A MOTION FOR AN APPOINTMENT OF COUNSEL_
2. _AND DECLARATION OF INDIGENCY_
3. _____
4. _____

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. _UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA_
2. _____
3. _____
4. _____

I declare under penalty of perjury that the foregoing is true and correct. Executed this _6_ day of _March_, 20_08_, at Coalinga, California.

_Lonnie D. Chatman_
Petitioner / Declarant IN PRO PER



PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: CHATMAN
NUMBER: P80734
HOUSNG: D-2-147-L

LEGAL MAIL
**STATE PRISON GENERATED MAIL**

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
San Francisco, CA
94102-3661