UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 18, 2008



Lonnie D. Chpaman
Pleasant Valley State Prison
P80734 D-2-147-L
P.O. Box 8504
Coalinga, CA 93210

Dear Mr. Chapman:

The court has received your letter regarding the forwarding of documents in your case number, 08-1085 MMC, to the Law Offices of Rosen, Bien and Maldan LLP.

Please be advised the court cannot forward legal documents to a private law firm. Plaintiff is responsible for such matters when a private law firm is involved and the court cannot intervene. Therefore, we have enclosed your original documents for your attention in this matter.

Sincerely,

ProSe Writ Clerk
United States District Court
enclosure