LONNIE D. CHATMAN,
Pleasant Valley State Prison
P80734
D-2-147-L
P.O. Box 8504
Coalinga, CA. 93210

Honorable Judge Thelton Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

Case No. CV-08-1085 (PR) MMC

Dear Judge Thelton Henderson:

I am writing this letter to re-introduce myself and to request that the court issue an order allowing me to attend court hearings concerning my civil complaint against the County.

I will be proceeding in Pro Per in these proceedings because I am an indigent prisoner and cannot afford to retain an attorney.

Thank you for your attention to this matter.

Dated: March 16, 2008.

Sincerely,
Lonnie D. Chatman
LONNIE D. CHATMAN,
P80734.

PROOF OF SERVICE BY MAIL

1  I, LONNIE D. CHATMAN, declare:

I am at least 18 years of age, and a party / and not a party to the attached here cause of action. My mailing address is:

PLEASANT VALLEY STATE PRISON
FACILITY D, BUILDING 2, CELL 147-L
POST OFFICE BOX 8504
COALINGA CALIFORNIA
93210-8504

On March 16, 2008, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the U.S. Postal Service:

1. a letter and a proof of service form to Judge
2. Thelton Henderson
3.
4.

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Ave., San Francisco, CA. 94102
2.
3.
4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16 day of March, 2008, at Coalinga, California.

*Lonnie D. Chatman*
Petitioner / Declarant IN PRO PER

PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: CHATMAN
NUMBER: P80134
HOUSNG: D-2-197-L

LEGAL MAIL

**STATE PRISON
GENERATED MAIL**

OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, Ca, 94102



02 1A
0004344659    $ 00.41°
MAILED FROM ZIPCODE 93210    MAR 17 2008
PITNEY BOWES