**FILED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*MMC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LONNIE D. CHATMAN,

Plaintiff,

vs.

JAMES A. YATES, Warden,

Defendant.

CV 08    1085

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS** *(PR)*

I, LONNIE D. CHATMON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____O____    Net: ____O____

Employer: _unemploy/PRISONER BEING HELD AGAINST_

_MY WILL_

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _Los Angles Newspaper, Gross and Net Salary_

5  _as a Driver #1200 to $1500 monthly._

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                Yes ____ No _X_

10           self employment

11     b.    Income from stocks, bonds,             Yes ____ No _X_

12           or royalties?

13     c.    Rent payments?                         Yes ____ No _X_

14     d.    Pensions, annuities, or                Yes ____ No _X_

15           life insurance payments?

16     e.    Federal or State welfare payments,     Yes ____ No _X_

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                        Yes ____ No _X_

24  Spouse's Full Name: _unmarried_

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____  Net $_____

28  4.      a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5    *BOOKER T. CHATMAN, 26, SHANNON M. Nichols, 30, CC.C.*

6    *8 Years Old*

7    5.    Do you own or are you buying a home?          Yes ___ No $\cancel{X}$

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                     Yes ___ No $\cancel{X}$

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ___ No $\cancel{X}$ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes ___ No $\cancel{X}$ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ___ No $\cancel{X}$ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No $\cancel{X}$

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   | Name of Account | Monthly Payment | Total Owed on This Acct. |
     |---|---|---|
     | | $ | $ |
     | | $ | $ |
     | | $ | $ |

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable.  Do not include account numbers.)  *No,*

3    _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes ____ No X

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    *March 4, 2008*          *Lonnie D. Chatman*

17        DATE                SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

Case Number: _CV-08-1085-PR-MMC_

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Lonnie Chatman_ for the last six months
[prisoner name]
_Pleasant Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _3/11/08_                          _____
                                          [Authorized officer of the institution]

FILED

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LONNIE D. CHATMAN
2  PLEASANT VALLEY S/P
3  P80234
4  D-2-147-L
5  P.O. Box 8504
6  Coalinga, CA. 93210
7  February 10, 2008

**CV 08      1085**

**MMC**

**(PR)**

8
9      UNITED STATES DISTRICT COURT
10    NORTHERN DISTRICT OF CALIFORNIA
11
12      I, LONNIE D. CHATMAN, a prisoner being
13  held against my will by the California
14  Department of correction Rehabilitation in
15  Coalinga, California at Pleasant Valley State
16  Prison, I comes before this Court and the
17  Inspector General office praying that
18  someone would please Review the in-
19  formation that is written in this letter
20  because the entire sensitive need in-
21  mate population has been put in danger
22  due to the decision render by prison official
23  to housed a GP (General Population) in a
24  Cell with a very sensitive need I relent-
25  lessly explained to Lieutenant Webster and
26  Sergeant Torres that I have not been under
27  the umbrella of the sensitive need
28  chrono since I rescended that offer

Lonnie Darnell Chatman
California Men's Colony S/P
2#80734
id-Seg#4277
P.O. Box 8101
San Luis Obispo, California 93409-8101
Dated: August 29, 2006


Memorandum


To the Department of Justice,
The Department of Federal Bureau
Of Investigation, The Department
of Central Intelligence Agency and
to all Federal, State, and Local
Government agency

Lonnie Darnell Chatman, a prisoner
who is being held against his will
by the Government for the state

of California. Due to all the alleged incidents that follow: The false alleged allegation of Child Molestation by the alleged victims Briana Buck and Roxauntay Buck mother Sheauntay Buck, on April 16, 1999,

The arrest by the Apple Valley Police Department of these false allegedly allegations on August 10, 1999, Held against my will on a bus while being transported to Victorville during the circal stages of my trial alone with about thirty-five other prisoners for a period of two-three hours for two days. This incident occur during November or December of 1999, The Guilty Verdict render by a jury of these false allegedly allegations on February 24, 2000 or about that time period, Sentence to ten years to a

California state prison on may 24,
2000, Force to defend myself while
being attack by an inmate at
Centinela state prison on January
1, 2001, Suffer at the hands of Victorville
Police Department, San Bernardino Sheriff
Department, The Department of Corrections,
Due to my mental condition as well
as medical, legal, safety, Religious, personal,
and political while the Federal Government
well aware of this Violation (s) or Abuse
in fail to do anything about it. Due
to being stricten with Claustraphobic a
mental illness in which I have no
control over. Being held against my
will by the Co-Conspirator the
Department of Corrections for the
state of California in a 3 X 12
cell or cage that is Well below
what a trapped wild animal is

part 2

normally kept in. As a result of the false allegedly allegations the situation grew much worse on very rapidly on my health and my mental condition while being held against my will. Being housed in a 3×12 cell or rather a cage for nine months in a county facility and twelve months in a cell at Centinela state prison and at the end of my commitment at Corcoran state prison for three weeks and here at California mens Colony state prison for the past fourteen months has taken it toll on my health being stricten with Claustrophobic with no end in sight at this point.

The incident that are listed as follows: The cdc 115 that I received as a result of these false allegedly allegations

1). Log number #D-0301033 received on 1-13-05
2). Log number #E-0303017 received on 3-21-03
3). Log number #E-0303017 received on 2-8-05

(4). Log number# A-0503011 received on 3-7-05

(5). Log number# A-0503022 received on 3-29-05

(6). Log number# 06-03038 received on 3-20-06

(7). Log number# 05-08-2038 received on 8-4-05

(8). Log number# 06-07-1929 received on 7-16-06

is surely a result of the false allegedly allegations that resulted in a false conviction.

I have made many attempt to keep the Governor, Arnold Schwarzenegger, informed over the past several months but he has not responded at all. I have not written to the Senator, yet because I do not no his address at this point. The Honorable Judge Thelton Henderson, of the United States District Court, Northern District of California, has been informed of this matter of me being a prisoner held against my will by the state of California and it co-conspirator the department of Corrections.

Part 5

REPORT ID: TS3030 .701

REPORT DATE: 03/11/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 11, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : P80734                    BED/CELL NUMBER: DFB2T100000147L
ACCOUNT NAME   : CHATMAN, LONNIE DONNELL              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00
-----------



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
TRUST OFFICE

LONNIE D. CHAPMAN
**PLAINTIFF/PETITIONER**

VS.

JAMES A. YATES, Warden
**DEFENDANT/RESPONDENT**

CASE NUMBER. C-08-1085 (PL) MMC

**PROOF OF SERVICE BY MAIL**

I, the undersigned, hereby declare:

1). I am a citizen of the United States; 2). I am over the age of eighteen years; 3). I am a resident of Kings County, California.

4). My mailing address is P.O. Box 7100 Corcoran, California 93212-5242

On 3-13-08, I served a true copy the original of the : THE OLDER OF CZVZL Case NUMBER: C-08-1085-(PL)MMC by placing said document (s) in a sealed postage-paid envelope into the Corcoran SATF Facility Legal mailbox for delivery to the United States Post Office at Corcoran, California. addressed to the below named person at the following addresses: OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, NORTHER DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVENUE, SAN FRANCISCO CA, 94102 by placing said document (s) in a sealed Interdepartmental envelope into the California SATF Facility Legal Mailbox for inner-institutional delivery to the below named person (s) at the following addresses:

OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
San Francisco, CA, 94102

And that this declaration was executed under the penalty of perjury at Corcoran, California, 93212-5242, on 3-13, 2008.

LONNIE D. CHAPMAN
**PRINTED NAME (DECLARANT)**

Lonnie D. Chapman
**SIGNATURE (DECLARANT)**

_Lonnie D. Chatman_ )
<u>PLAINTIFF/PETITIONER</u> )
)
VS. )
)
)
<u>_____</u> )
<u>DEFENDANT/RESPONDENT</u> )

CASE NUMBER. _CV-08-1085 (PR) MMC_

<u>PROOF OF SERVICE BY MAIL</u>

I, the undersigned, hereby declare:

1). I am a citizen of the United States; 2). I am over the age of eighteen years; 3). I am a resident of Kings County, California.

4). My mailing address is P.O. Box 7100 Corcoran, California 93212-5242

On _3-13-08_, I served a true copy   the original of the : _THE CIVIL OLDER CASE NUMBER; CV-08-1085 (PR) MMC,_

by placing said document (s) in a sealed postage-paid envelope into the Corcoran SATF Facility Legal mailbox for delivery to the United States Post Office at Corcoran, California. addressed to the below named person at the following addresses: _THE OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN OF CALIFORNIA 94102_

by placing said document (s) in a sealed Interdepartmental envelope into the California SATF Facility Legal Mailbox for inner-institutional delivery to the below named person (s) at the following addresses:

_THE OFFICE OF THE CLERK,_
_UNITED STATES DISTRICT COURT,_
_NORTHERN DISTRICT OF CALIFORNIA_
_450 GOLDEN GATE AVENUE_
_San Francisco, CA. 94102_

And that this declaration was executed under the penalty of perjury at Corcoran, California, 93212-5242, on _3-13_ , _2008_ .

_Lonnie D. Chatman_                _Lonnie D. Chatman_
<u>PRINTED NAME (DECLARANT)</u>       <u>SIGNATURE (DECLARANT)</u>

Lonnie D. Chatman
Pleasant Valley S/P
P80234
D-2-147-L
P.O. Box 8504
Coalinga, CA. 93910
February 10, 2008

FILED
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08      1085

MMC

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, LONNIE D. CHATMAN, a prisoner being
held against my will by the California
Department of Correction Rehabilitation in
Calinga, California at Pleasant Valley State
Prison, I comes before this Court and the
Inspector General office praying that
someone would please Review the in-
formation that is written in this letter
because the entire Sensitive need in-
mate population has been put in danger
due to the decision render by prison official
to housed a G/P (General Population) in a
cell with a very sensitive need I relent-
lessly explained to Lieutenant Webster and
Sergeant Torres that I have not been under
the umbrella of the Sensitive need
chrono since I rescended that offer

Lonnie Darnell Chutman
California Men's Colony S/P
D#80734
ad-Seg #4277
P.O. Box 8101
San Luis Obispo, California 93409-8101
Dated: August 29, 2006


Memorandum

To the Department of Justice,
The Department of Federal Bureau
Of Investigation, The Department
of Central Intellerge Agency and
to all Federal, State and Local
Government agency

Lonnie Darnell Chutman, a Prisoner
who is being held against his will
by the Government for the state

Part 1

of California. Due to all the alleged incidents that follow: The false alleged allegation of Child Modestation by the alleged victims Briana Buck and Rayauntay Buck mother Sheauntay Buck, on April 16, 1999,

The arrest by the Apple Valley Police Department of these false allegedly allegations on August 10, 1999, Held against my will on a bus while being transported to Victorville during the cirical stages of my trial alone with about thirty-five other prisoners for a Period of two-three hours for two days. This incident occur during November or December of 1999, The nuilty verdict render by a jury of these false allegedly allegations on February 24, 2000 or about that time Period, Sentence to ten years to a

Part 3

California state prison on May 24, 2000, Force to defend myself while being attack by an inmate at Centinela state prison on January 1, 2001, Suffer at the hands of Victorville Police Department, San Bernardino Sheriff Department, The Department of Corrections, Due to my mental condition as well as medical, Sexual, Safety, Religious, Personal, and political. while the Federal Government well aware of this violation (s) or Abuse an fail to do anything about it. Due to being stricken with Claustraphobic a mental illness in which I have NO control over. Being held against my will by the Co-Conspirator the Department of Corrections for the state of California in a 3×12 cell or cage that is well below what a trapped wild animal is

part 2

normally kept in. As a result of the false allegedly allegations the situation grew much worst on very rapidly on my health and my Mental Condition while being held against my will. Being housed in a 3×12 Cell or rather a cage for nine months in a County facility and twelve months in a Cell at Centinela state prison and at the end of my commitment at Corcoran state prison for three weeks and here at California mens Colony state prison for the past fourteen months has taken it toll on my health being stricten with Claustrophanic with No end in sight at this point.

The incident that are listed as follows; The cdcs 115 that I recieved as a result of these false allegedly allegations

1). Log number # D-0301033 recieved on 1-13-05
2). Log number # E-0303017 recieved on 3-21-03
3). Log number # E-0303017 recieved on 2-8-05

(4). Log number# A-0503611 received on 3-7-05

(5). Log number# A-0503032 received on 3-29-05

(6). Log number# 06-03038 received on 3-20-06

(7). Log number# 05-08-2038 received on 8-4-05

(8). Log number# 06-07-1929 received on 7-16-06

is surely a result of the false allegedly allegations that resulted in a false conviction.

I have made many attempt to keep the Governor, Arnold Schwarzenegger, informed over the past several months but he has not responded at all. I have not written to the senator, yet because I do not no his address at this point. The Honorable Judge, Thelton Henderson, of the United States District Court, Northern District of California, has been informed of this matter of me being a prisoner held against my will by the state of California and it co-conspirator the department of Corrections.

Part 5

REPORT ID: TS3030    .701

REPORT DATE: 03/11/08
PAGE NO:    1

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 11, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER  : P80734                          BED/CELL NUMBER: DFB27100000147L
ACCOUNT NAME    : CHATMAN, LONNIE DONNELL          ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00
-----------

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTION

| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
|------|-----|---|------------------|---|------------|
| 3-13-08 | U.S. District Court Clerk | | C. *Chotman* | | P80734 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---------|-----------|-----------------|---|-----------|---|
| D-2 | 147-L | N/A | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|-----------------------------------------|------------------|---|
| | FROM | TO |

## Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

to the Mr. Whiteking, U.S. District Court, Clerk,
Please sent a Copy of these Documents or
Order to the office of the District Attorney.

                              THANK YOU

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                      DATE

DISPOSITION

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV  08        1085**

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

CHAIMAN

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV  08        1085**

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

      ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

      ____ Your In Forma Pauperis Application was not completed in its entirety.

      ____ You did not sign your In Forma Pauperis Application.

      ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk,

By_____
      Deputy Clerk

rev. 11/07

...L WAS GENERATED FROM PLEASANT VALLEY STATE PRISON

D 80734
D-2-147-L
P.O. Box 8504
Coalinga, CA. 93210

OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102