LONNIE D. CHATMAN
PLEASANT VALLEY S/P
P 80734
D-2-147-L
P.O. Box 8504
Coalinga, CA. 93210
ATTORNEY FOR PARTY: PRO PER

FILED/RECEIVED
08 JUN 30 AM 2:45 PM 1:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MMC

SUPERIOR COURT OF CALIFORNIA
COUNTY OF FRESNO

IN re:
LONNIE D. CHATMAN
PLAINTIFF/PETITIONER,

VS.

JAMES A. YATES, warden
DEFENDANT/RESPONDANT

Case NO. CV-08-1085-MMC (PR)

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

I, LONNIE D. CHATMAN declare that I am the petitioner to the above-entitled matter, That I am incarcerated at PLEASANT VALLEY STATE PRISON, and That I am indigent and unable to afford counsel. MY Total assets are $—0— and my income is $—0— Per Month.

I hereby request that counsel be appointed in this matter so that any all further proceeding order, and motion that may affect me in both civil and criminal matters.

Date: 6-26-2008

Sincerely,
Lonnie D. Chatman
LONNIE D. CHATMAN

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 14, 2007 THRU MAY 14, 2008

ACCOUNT NUMBER : P80734                     BED/CELL NUMBER: DFB2T100000147L
ACCOUNT NAME   : CHATMAN, LONNIE DONNELL    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
0.00

CERTIFIED COPY

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

6-26-08

Case No. CV-08-1085-MMC(PR)

PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: CHRISTMAN
NUMBER: P82734
HOUSING: D-7-147-2

LEGAL MAIL

**STATE PRISON
GENERATED MAIL**

'OFFICE OF THE CLERK'
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

UNITED STATES POSTAGE
$ 00.420
JUN 27 2008
MAILED FROM ZIP CODE 93210
0004344659